IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLENN BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>  Defendants. | Case No.: 3:12-cv-1923 JSC<br><br>**ORDER RE: AMENDED COMPLAINT** |

Plaintiff filed this civil action on April 18, 2012. Because Plaintiff did not attach a copy of a Notice of Right to Sue letter from the Equal Employment Opportunity Commission ("Right to Sue Letter") the Clerk's Office issued a deficiency notice. (Dkt. No. 3). On May 16, 2012, Plaintiff submitted an Amended Complaint attaching a Right to Sue Letter. (Dkt. No. 4). On May 21, 2012, Plaintiff submitted another Amended Complaint attaching a Right to Sue Letter. (Dkt. No. 5).

Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff may amend his complaint as of right once within 21 days of service. The docket does not indicate that Defendants have been served with the Complaint filed April 18, 2012. Thus, Plaintiff had the right to file the May 16, 2012 Amended Complaint; however, he requires permission to file

the May 21, 2012 Amended Complaint.  Accordingly, the Court grants him such permission. The Clerk shall file the Amended Complaint received May 21, 2012 (Dkt. No. 5) and issue the summons.

**IT IS SO ORDERED.**

Dated: June 11, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2