UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GLENN BROWN,

    Plaintiff,

    v.

CONTRA COSTA COUNTY, et al.,

    Defendants.

_____/

No. C 12-1923 PJH

**ORDER**

Before the court is defendants' request for one additional day – August 22, 2012 – to file their reply brief in support of their motion to dismiss. They have requested this extension because they believe that plaintiff's opposition was filed one day late, on August 15, 2012. The request is GRANTED, although the court wishes to note for the record that the opposition was in fact filed on August 14, 2012, although it was not entered by the clerk until August 15, 2012.

In addition, defendants are advised that based on plaintiff's pro se status and the fact that he is not presently registered as an e-filer, they are <u>required</u> to file certificates of service showing service on plaintiff of each document they efile. The same rule applies to plaintiff. To date, neither side has attached a proof of service to any document it has filed with the court.

**IT IS SO ORDERED.**

Dated: August 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge