UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GLEN BROWN,

    Plaintiff,

    v.

CONTRA COSTA COUNTY, et al.,
    Defendants.
_____/

No. C 12-1923 PJH

**ORDER VACATING HEARING DATE**

PLEASE TAKE NOTICE that the date for the hearing on defendants' motion to dismiss, previously set for September 19, 2012, has been VACATED. The court will issue a written order on the papers.

**IT IS SO ORDERED.**

Dated: September 14 2012

_____
PHYLLIS J. HAMILTON
United States District Judge