United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GLENN BROWN,

    Plaintiff,

    v.

CONTRA COSTA COUNTY, et al.,

    Defendants.

_____/

No. C 12-1923 PJH

**ORDER GRANTING MOTION TO QUASH AND DENYING MOTION FOR MONETARY SANCTIONS**

    Plaintiff having failed to oppose defendants' motion to quash subpoenas within the time allowed under Civil Local Rule 7-3, and good cause appearing, the motion is GRANTED. Defendants' motion for monetary sanctions is DENIED.

    The February 13, 2013 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge