DAVID GLENN BROWN (123771)
In pro per
tajoco@hotmail.com

PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendants CONTRA COSTA COUNTY,
MARK PETERSON, KAREN ZELIS HOLDER and
DOUGLAS C. MACMASTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLENN BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONTRA COSTA COUNTY, MARK PETERSON, KAREN ZELIS HOLDER, DOUGLAS C. MACMASTER,<br><br>　　　　Defendants. | CASE NO.:  3:12-cv-01923 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　The parties, plaintiff DAVID BROWN, in pro per, and defendants CONTRA COSTA COUNTY, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER, by and through defense counsel, Peter P. Edrington, hereby stipulate that defendants' responsive pleading to the Fourth Amended Complaint, currently due May 17, 2013, is hereby extended to May 20, 2013, due to the fact that defendants did not receive a copy of the Fourth Amended Complaint until April 29, 2013, because it was sent via U. S. Mail rather than electronically filed.

　　　　IT IS SO STIPULATED

DATED: May 14, 2013　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　David Brown, In Pro Per

1

Stipulation and Proposed Order to Extend Time to File Responsive Pleading to Fourth Amended Complaint

EDRINGTON, SCHIRMER & MURPHY LLP

DATED: May 14, 2013

/s/_____
Peter P. Edrington, Esq.
Attorney for Defendants
COUNTY OF CONTRA COSTA, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER

**ORDER**

IT IS HEREBY ORDERED that defendants COUNTY OF CONTRA COSTA, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER may have to and including May 20, 2013, to file their responsive pleading to plaintiff's Fourth Amended Complaint.

IT IS SO ORDERED.

DATED: May 16, 2013

_____
JUDGE OF THE U.S. DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

Stipulation and Proposed Order to Extend Time to File Responsive Pleading to Fourth Amended Complaint