1  DAVID GLENN BROWN (123771)
   In pro per
2  tajoco@hotmail.com

3  PETER P. EDRINGTON, Esq. (074355)
   JAMES M. MARZAN, Esq. (133931)
4  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Boulevard, Suite 450
5  Pleasant Hill, CA  94523-3936
   Telephone:  (925) 827-3300
6  Facsimile:   (925) 827-3320

7  Attorneys for Defendants CONTRA COSTA COUNTY,
   MARK PETERSON, KAREN ZELIS HOLDER and
8  DOUGLAS C. MACMASTER

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 | DAVID GLENN BROWN,                   )
   |                                      ) CASE NO.:  3:12-cv-01923 PJH
13 |          Plaintiff,                  )
   |                                      ) **STIPULATION AND [PROPOSED]**
14 |     vs.                              ) **ORDER TO EXTEND TIME FOR**
   |                                      ) **DEFENDANTS TO FILE RESPONSIVE**
15 | CONTRA COSTA COUNTY, MARK             ) **PLEADING TO PLAINTIFF'S FOURTH**
   | PETERSON, KAREN ZELIS HOLDER,        ) **AMENDED COMPLAINT**
16 | DOUGLAS C. MACMASTER,                )
   |                                      )
17 |          Defendants.                 )
   |                                      )
18 |                                      ) **DEMAND FOR JURY TRIAL**

19 ────────────────────────────────

20        The parties, plaintiff DAVID BROWN, in pro per, and defendants CONTRA COSTA

21  COUNTY, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER,

22  by and through defense counsel, Peter P. Edrington, hereby stipulate that defendants' responsive

23  pleading to the Fourth Amended Complaint, currently due May 17, 2013, is hereby extended to

24  May 20, 2013, due to the fact that defendants did not receive a copy of the Fourth Amended

25  Complaint until April 29, 2013, because it was sent via U. S. Mail rather than electronically filed.

26        IT IS SO STIPULATED

27  DATED: May 14, 2013              /s/
                                     ─────────────────────────────
28                                   David Brown, In Pro Per

                                     1

Stipulation and Proposed Order to Extend Time to File Responsive Pleading to Fourth Amended Complaint

EDRINGTON, SCHIRMER & MURPHY LLP

DATED: May 14, 2013

/s/_____
Peter P. Edrington, Esq.
Attorney for Defendants
COUNTY OF CONTRA COSTA, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER

## ORDER

IT IS HEREBY ORDERED that defendants COUNTY OF CONTRA COSTA, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER may have to and including May 20, 2013, to file their responsive pleading to plaintiff's Fourth Amended Complaint.

IT IS SO ORDERED.

DATED: May 16, 2013

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

Stipulation and Proposed Order to Extend Time to File Responsive Pleading to Fourth Amended Complaint