1  DAVID GLENN BROWN (123771)
   Plaintiff, In pro per
2  2254 Palmer Circle
   Fairfield, CA 94534
3  Telephone: 707-386-4096
   tajoco@hotmail.com
4

5  PETER P. EDRINGTON, Esq. (074355)
   JAMES M. MARZAN, Esq. (133931)
6  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Boulevard, Suite 450
7  Pleasant Hill, CA 94523-3936
   Telephone: (925) 827-3300
8  Facsimile: (925) 827-3320

9  Attorneys for Defendants CONTRA COSTA COUNTY,
   MARK PETERSON, KAREN ZELIS HOLDER and
10 DOUGLAS C. MACMASTER

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 DAVID GLENN BROWN,              )
                                   )  CASE NO.: 4:12-cv-01923 VC
15              Plaintiff,         )
                                   )
16                                 )  **STIPULATION TO CHANGE THE**
           vs.                     )  **NAME OF DEFENDANT KAREN**
17                                 )  **ZELIS-HOLDER TO KAREN ZELIS;**
   CONTRA COSTA COUNTY, MARK       )  [~~PROPOSED~~] **ORDER**
18 PETERSON, KAREN ZELIS HOLDER,   )
   DOUGLAS C. MACMASTER,           )
19                                 )
                                   )
20              Defendants.        )

21         The parties, plaintiff DAVID BROWN, in pro per, and defendants CONTRA COSTA

22 COUNTY, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER,

23 by and through defense counsel, Peter P. Edrington, hereby stipulate that the name of defendant

24 KAREN ZELIS HOLDER shall be changed to KAREN ZELIS in each and every pleading where

25 her name appears and that she shall be known and referred to as KAREN ZELIS in this case.

26         IT IS SO STIPULATED.

27 DATED: August 14, 2014                    /s/
                                             _____
28                                           David Brown, Plaintiff, In Pro Per

                                       1

DATED: August 1, 2014

/s/ _____
Peter P. Edrington
Attorney for Defendants
CONTRA COSTA COUNTY, MARK PETERSON, KAREN ZELIS HOLDER and DOUGLAS C. MACMASTER

**ORDER**

IT IS SO ORDERED:

DATED: August 20, 2014

_____
United States District Judge