UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLEN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants. | Case No.  12-cv-01923-VC<br><br>**ORDER DENYING MOTION TO FILE SIXTH AMENDED COMPLAINT**<br><br>Re: Dkt. No. 116 |

Brown's motion for leave to file a sixth amended complaint is denied.  Brown has had numerous opportunities to cure deficiencies in his complaint, and to permit Brown to file yet another amended complaint at this late stage would unduly prejudice the defendant and delay the proceedings.  All previously ordered case management deadlines and dates stand, including trial which is firmly set on January 20, 2015.

**IT IS SO ORDERED**.

Dated: November 5, 2014

_____
VINCE CHHABRIA
United States District Judge