United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GLEN BROWN,

    Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

    Defendants.

12-cv-01923-VC

**JUDGMENT**

The Court, having granted the defendants' motion for summary judgment, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 16, 2014

_____
VINCE CHHABRIA
United States District Judge